# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ANDR'E L. YOUNGER,            :   No. 477 WAL 2015

           Petitioner       :
                                 :
                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Commonwealth Court
           v.                 :
                                 :
                                 :

JOHN KERESTES, ALBION SCI, MAXINE   :
OVERTON, ANTHONY QUINDAREIO,      :
MS. PHILLIPS AND COMMONWEALTH     :
OF PENNSYLVANIA,                   :
                                 :
           Respondents     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.